UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZUBAIDULLAH NOORI,<br><br>                Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, Warden,<br>Otay Mesa Detention Center,<br><br>                Respondent. | Case No.:  26-cv-614-JO-JLB<br><br>**ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |

Petitioner Zubaidullah Noori filed a petition for writ of habeas corpus [Dkt. 1]. The Court held a hearing on February 19, 2026.  The Court finds that it has jurisdiction to review Petitioner's constitutional challenges to his detention for the same reasons stated in its prior decision in *Pacheco v. LaRose*, No. 3:25-CV-2421-JO-AHG, 2026 WL 242300, \*2–\*3 (S.D. Cal. Jan. 29, 2026).  For additional reasons stated on the record, the Court ORDERS as follows:

1. **Habeas Petition**: The Court GRANTS Petitioner's habeas petition [Dkt. 1].

2. **Release:** Respondents are ORDERED to release Petitioner by 5 p.m. on February 20, 2026.  Respondents must file a declaration confirming Petitioner's release by 5 p.m. on February 23, 2026.

3. **Limitations on Removal and Redetention**: Respondents are  ENJOINED  from

removing Petitioner from the United States or from this District, and from redetaining him, unless the government has (i) obtained Petitioner's Afghan Transportation Letter and (ii) made concrete arrangements for Petitioner's flight to Afghanistan in the reasonably foreseeable future.  Respondents must file a written declaration with this Court attesting that it has satisfied these conditions **48 hours prior to any redetention of Petitioner.**

4. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Date: February 19, 2026

_____
Honorable Jinsook Ohta
United States District Judge

26-cv-614-JO-JLB